**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No.: 17-13797 - B - 9
Tulare Local Healthcare            ) Adv No.: 18-01018
District,                          )
                Debtor.             ) Docket Control No.:
                                   ) Document No.: 1
                                   )
                                   ) Date: 07/19/2018
 Maxim Healthcare Services,        )
Inc.,                              )
                Plaintiff,          )
              v.                   ) Time: 9:30 AM
                                   )
 Healthcare Conglomerate           ) DEPT: B
Associates, LLC,                   )
                Defendant.          )
```

**Order**

For the reasons set forth in the court's minutes, docket number 22,

IT IS ORDERED that the status conference is CONTINUED to August 22, 2018 at 1:30 p.m. in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

Dated: Jul 19, 2018

By the Court

*René Lastreto II*
**René Lastreto II, Judge**
**United States Bankruptcy Court**

Continued Status Conference Re: Notice of Removal - [1] - [1] - (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) : Notice of Removal filed by Interested Party, Tulare Regional Medical Center, LLC for Maxim Healthcare Services, Inc. against Healthcare Conglomerate Associates, LLC. (Fee Amount of $350.00 is Exempt.) (eFilingID: 6266774) (svim)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Cynthia J. Larsen
400 Capitol Mall #3000
Sacramento CA 95814

Danielle J. Bethel
205 E River Park Circle #410
Fresno CA 93720